41656, 41657, 41658. GOLDEN v. DEPARTMENT OF OFFENDER REHABILITATION et al. (three cases).

(328 SE2d 367)

CLARKE, Justice.

These appeals arise from a judgment in a mandamus action filed by appellant, an inmate at the Georgia State Prison in Reidsville, Georgia, against prison officials. Appellant alleged errors in various disciplinary proceedings which resulted in a loss of earned-time credits on his sentences and sought reinstatement of that earned-time.

After completing an evidentiary hearing the trial court found the department had failed to give appellant 120 days jail credit for time spent in a county facility and ordered that credit be given. The trial

court then reviewed the disciplinary actions and concluded that appellant was not entitled to additional earned-time.

After reviewing the record, the judgment of the court, and the contentions of the appellant, we hold that the judgment should be affirmed.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 20, 1985.

Robert Golden II, *pro se.*

*Michael J. Bowers, Attorney General, Michael E. Hobbs, Assistant Attorney General,* for appellees.